COURT OF CRIMINAL APPEALS
P.O. BOX 12308. CAPITOL STATTION
AUSTIN, TEXAS 78711

ORLEAN AYERS
#656702
ELLIS UNIT
1697 FM 980
HUNTSVILLE, TX 77343
36,829-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 09 2015
Abel Acosta, Clerk

Dear Clerk,

I Request A copy of the New 11.073 WRIT of HAbeAS CORPUS AppliCATION. THe LAW LibRARY Here is inAdequate and does not provide the 11.073 HAbeAS CORPUS AppicATion, WHICH is denying me Access to COURT.

Please FORWARD to the Address Above.

THANK you FOR your time and consideRATION.

O. AyeRS